FERGE, by guardian *ad litem,* Respondent, vs. SCHUETZ, Appellant.

APPEAL from a judgment of the circuit court for Marathon county dated June 10, 1927: A. H. REID, Judge.

Personal injury.    Automobile accident.    Judgment for plaintiff, from which defendant appeals.

For the appellant: *Richmond, Jackman, Wilkie & Toebaas* of Madison.

For the respondent: *Regner & Federer* of Wausau, attorneys, and *Sanborn, Blake & Aberg* and *Glen H. Bell,* all of Madison, of counsel.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on April 3, 1928.

MATHES, Respondent, vs. LEZALA, Appellant.

APPEAL from a judgment of the circuit court for Milwaukee county dated March 28, 1927: GUSTAVE G. GEHRZ, Judge.

Personal injuries.    Judgment for plaintiff, from which defendant appeals.

For the appellant: *Hammersley & Torke,* attorneys, and *Norton A. Torke,* of counsel, all of Milwaukee.

For the respondent: *Wm. A. Schroeder* and *Jacob S. Rothstein,* both of Milwaukee.

*By the Court.*—Judgment affirmed.

MAKI and wife, Appellants, vs. LAKE SUPERIOR DISTRICT POWER COMPANY, Respondent.

APPEAL from a judgment of the circuit court for Iron county dated June 17, 1926: G. N. RISJORD, Judge.

Personal injuries.    Judgment for defendant, from which plaintiffs appeal.

For the appellants: *Reid & Reid* of Hurley, attorneys, and *C. A. Lamoreux* of Ashland, of counsel.

For the respondent: *Sanborn, Lamoreux & Pray* of Ashland.

*By the Court.*—Judgment affirmed.